AMERICAN EXPRESS COMPANY, PLAINTIFF-RESPONDENT,
v. CHARLES VELLA, *ET AL.*, DEFENDANTS; RIVER
EDGE SAVING AND LOAN ASSOCIATION, PETITIONER.

See same case below: 94 *N. J. Super.* 258.

*Messrs. Major & Major* for the petitioner.

*Messrs. Hannoch, Weisman, Stern & Besser* and *Mr. Ronald M. Sturtz* for the respondent.

May 2, 1967. Denied.

JAMES ZENSEN, PLAINTIFF-PETITIONER, v.
WILLIAM D'ELIA, DEFENDANT-RESPONDENT.

See same case below: 94 *N. J. Super.* 164.

*Messrs. Greenstone & Greenstone* and *Mr. Sam Weiss* for the petitioner.

*Messrs. Carton, Nary, Witt & Arvanitis* and *Mr. J. Frank Carpentier* for the respondent.

May 2, 1967. Denied.

RAYMOND MAKSUTTA, *ETC.*, PLAINTIFF-PETITIONER, v.
LITTLE FERRY DRIVE-IN CORP., *ET ALS.*, DEFEND-
ANTS-RESPONDENTS.

*Mr. William V. Breslin; Messrs. Cole, Berman & Garth* and *Miss Paulette M. Lemay* for the petitioner.

*Messrs. Wilentz, Goldman & Spitzer; Mr. Alan E. Davis* and *Mr. Stanley L. Benn* for the respondent.

May 2, 1967. Denied.